**UNITED STATES DISTRICT COURT W.D. OF WASHINGTON AT TACOMA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>**RICHARD DENNIS MILLER,**<br><br>　　　　　　　　Defendant. | **Case No.  05-5112M**<br><br>**INITIAL ORDER RE: ALLEGATIONS OF VIOLATION OF CONDITIONS OF SUPERVISION** |

　　**THIS MATTER** comes on for an initial hearing on the Petition of the United States Pretrial Services Office alleging that the defendant has violated the conditions of his appearance bond by (1) using marijuana on or about September 8, 2005; and (2) failing to meet the requirement regarding evaluation and treatment for substance abuse.

　　The plaintiff appears through Assistant United States Attorney, MATT THOMAS;

　　The defendant appears personally and represented by counsel, KEITH MACFIE

　　The defendant having been advised of the allegations and the maximum sanction if found to be inviolation request and evidentiary hearing.

　　The court finds probable cause with regard to the allegation(s) and schedules a hearing on the petition to be held at the time and date below set forth before Judge     .

　　　　　　　*Date of hearing:*　　*September 28, 2005*

　　　　　　　*Time of hearing:*　　*2:00 p.m.*

　　**IT IS ORDERED** that the defendant:

　　**( x ) Be detained** for failing to show that he/she will not flee or pose a danger to any other person or the community pursuant to CrR 32.1(a)(1), and CrR 46(c), to be delivered as ordered by the court for further proceedings.

　　The clerks shall direct copies of this order to counsel for the United States, to counsel for the defendant, the United States Marshal and to the United States Probation Office and/or Pretrial Services Office.

　　　　　　　　　　　　　　September 22, 2005.

　　　　　　　　　　　　　　　*/s/ J. Kelley Arnold*_____
　　　　　　　　　　　　　　**J. Kelley Arnold, U.S. Magistrate Judge**

ORDER
Page - 1